In the Matter of LIBERTY MUTUAL INSURANCE COMPANY, Respondent, v SURUJDAT MOHABIR et al., Respondents, and PROGRESSIVE INSURANCE COMPANY et al., Appellants. [888 NYS2d 881]—

Supreme Court correctly determined that petitioner presented a prima facie case that additional respondent Singh's vehicle was involved in the accident, which, in view of Singh's sworn denial of involvement, raises a genuine triable issue of fact justifying a stay pending a framed-issue hearing to determine whether the offending vehicle was his (*see Matter of AIU Ins. Co. v Cabreja*, 301 AD2d 448 [2003]; *cf. Matter of New York Cent. Mut. Fire Ins. Co. [Reid]*, 34 AD3d 333 [2006]). Concur—Saxe, J.P., Friedman, Moskowitz, Freedman and Richter, JJ.